KILPATRICK TOWNSEND & STOCKTON LLP
CHRISTINA E. FAHMY (*Pro Hac Vice Forthcoming*)
607 14th Street, NW, Suite 900
Washington, DC 20005-2018 USA
Telephone:   202-508-5800
Facsimile:   202-508-5858

DOUGLAS W. GILFILLAN (*Pro Hac Vice Forthcoming*)
dgilfillan@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528 USA
Telephone:   404-815-6500
Facsimile:   404-815-6555

RISHI GUPTA (State Bar No. 313079)
rgupta@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Defendant
NCR CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. ALLIANCE GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NCR CORPORATION, a Delaware corporation; DOES 1 - 25, inclusive, jointly and severally,<br><br>Defendants. | Case No.   2:22-cv-3228<br><br>**DECLARATION OF RISHI GUPTA IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT NCR CORPORATION**<br><br>State Complaint filed April 1, 2022 |

# **DECLARATION OF RISHI GUPTA**

I, Rishi Gupta, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to this Court. I am an attorney at the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Defendant NCR Corporation in the above referenced action.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3. Attached to this declaration as **Exhibit A** is a true and correct copy of the Complaint filed by Plaintiff U.S. ALLIANCE GROUP, INC., a California corporation ("Plaintiff") in the Superior Court of California for the County of Orange County on April 1, 2022. NCR was served with the Complaint on April 14, 2022.

4. Attached to this declaration as **Exhibit B** is a true and correct copy of the Civil Cover Sheet, as filed in the State Court action.

5. Attached to this declaration as **Exhibit C** is a true and correct copy of the issued summons to NCR Corporation, as filed in the State Court action.

6. Attached to this declaration as **Exhibit D** is a true and correct copy of the Service of Process Transmittal, as filed in the State Court action. There are no other pleadings or orders in this action.

7. Attached to this declaration as **Exhibit E** is a true and correct copy of a the payment receipt for new case action, as filed in the State Court action.

8. Attached to this declaration as **Exhibit F** is a true and correct copy of a Notice of Hearing regarding the Case Management Conference, as filed in the State Court action.

9. Attached to this declaration as **Exhibit G** is a true and correct copy of NCR's Notice to Superior Court of Removal of Civil Action, as filed in the State Court action.

10. Attached to this declaration as **Exhibit H** is a true and correct copy of NCR's Notice to Adverse Party of Removal of Civil Action, as filed in the State Court action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2022 at San Francisco, California.


By:*/s/ Rishi Gupta*
ATTORNEYS FOR DEFENDANT
NCR CORPORATION

GUPTA DECL. ISO NOTICE OF REMOVAL BY DEFENDANT NCR CORPORATION - 3 -

20083030v.3